OXFORD WEST DIST. REGISTRY
2009 Jan 13 11:16:08A
JEAN WATSON
REGISTER

Doc # 300   00047895

Effective Date: 12/31/2008

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CITI RESIDENTIAL LENDING INC., AS ATTORNEY-IN-FACT FOR AMERIQUEST MORTGAGE COMPANY, WHOSE ADDRESS IS 10801 E. 6TH STREET, RANCHO CUCAMONGA, CA 91730, (ASSIGNOR)**, by these presents does convey, grant, sell, assign, transfer and set over the described mortgage/deed of trust together with the certain note(s) described therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ('MERS') A DELAWARE CORPORATION, ITS SUCCESSORS OR ASSIGNS, AS NOMINEE FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, PO BOX 2026, FLINT, MI 48501, (ASSIGNEE).**

Said mortgage/deed of trust dated 12/16/2005, made by:
**CHARLES FLAYHAN II AND SUE OBRIEN**
to
**AMERIQUEST MORTGAGE COMPANY**
and recorded in Volume 510, Page 890 in the office of the Recorder of OXFORD WEST County, Maine.

In Witness Whereof, the said assignor has or have hereunto set their hand or hands THIS 15TH DAY OF DECEMBER IN THE YEAR 2008

**CITI RESIDENTIAL LENDING INC., AS ATTORNEY-IN-FACT FOR AMERIQUEST MORTGAGE COMPANY**

BY: _____
**CRYSTAL MOORE**
**VICE PRESIDENT**

STATE OF FLORIDA        COUNTY OF PINELLAS
Then personally appeared the above named CRYSTAL MOORE the VICE PRESIDENT of CITI RESIDENTIAL LENDING INC., AS ATTORNEY-IN-FACT FOR AMERIQUEST MORTGAGE COMPANY and acknowledged the foregoing instrument to be the free act and deed.

BRYAN J. BLY
Notary Public
My commission expires: 07/01/2011

Instrument Prepared By: Jessica Fretwell/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
and When Recorded Return To:
CITI RESIDENTIAL LENDING INC.
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

Bryan J. Bly
Notary Public, State of Florida
Commission # DD 691055
Expires July 01, 2011
Bonded Through National Notary Assn.

CRLAS 9214248

*9214248*

MERS PHONE 1-888-679-MERS

Bk  555  Pg  750

form5/FRMME1



EXHIBIT D