Doc # 74456

After Recording Return To:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505
800-899-9027

_____ [Space Above This Line For Recording Data] _____

# MAINE ASSIGNMENT OF MORTGAGE

For Value Received, **JPMC SPECIALTY MORTGAGE LLC** (herein "Assignor") whose address is **700 KANSAS LANE, MC 8000, MONROE, LA 71203**, does hereby assign and transfer, unto **Mortgage Electronic Registration Systems, Inc. ("MERS")**, whose mailing address is P.O. Box 2026, Flint, MI 48501-2026, as designated nominee for JPMorgan Chase Bank, N.A., beneficiary of the security instruments, its successors and assigns, (herein "Assignee") whose address is **700 Kansas Lane, MC 8000, Monroe, LA 71203**, all its right, title and interest in and to a certain Mortgage dated December 16, 2005 and recorded on March 15, 2006, made and executed by **CHARLES FLAYHAN, II AND SUE OBRIEN**, to **AMERIQUEST MORTGAGE COMPANY**, upon the following described property situated in **OXFORD WEST** County, State of Maine:
Property Address: **867 KNIGHT'S HILL ROAD, SWEDEN, ME 04040**

Legal Description incorporated herein by reference to the original recorded Deed of Trust/Mortgage noted above.

which Mortgage is of record in Book, Volume, or Liber No. 510, at Page 890 (or as No. 035398), in the Register of Deeds of **OXFORD WEST** County, State of Maine, and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

MERS TELEPHONE: 1-888-679-6377
Maine Assignment of Mortgage (To MERS from a Non-MERS Servicer/Investor)
JPMorgan Chase Bank N.A. Project W3166           Page 1 of 3            L28102ME 01/12 Rev. 03/15

EXHIBIT F

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on  _09-02-15_.

Assignor:
JPMC SPECIALTY MORTGAGE LLC

By: 
Jalissa Ethridge

Its: __VICE PRESIDENT__

MERS TELEPHONE: 1-888-679-6377
Maine Assignment of Mortgage (To MERS from a Non-MERS Servicer/Investor)
JPMorgan Chase Bank N.A. Project W3166      Page 2 of 3      L28102ME 01/12 Rev. 03/15

## ACKNOWLEDGMENT

State of Louisiana §
§
Parish of Ouachita §

On this  2  day of  Sept. 2015 , before me appeared  Jalissa Ethridge , to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the  **VICE PRESIDENT** , of JPMC SPECIALTY MORTGAGE LLC, and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed on behalf of the said entity by authority of its board of directors and that  *Jalissa Ethridge*  acknowledged the instrument to be the free act and deed of the said entity.

*Y. K. Wilson*
*Notary Public #064399*
*Ouachita Parish, LA*
*Lifetime Commission*


Signature of Officer

*Y. K. Wilson*
Printed Name

*Notary Public*
Title of Officer

(Seal)

My Commission Expires:  *Lifetime*

MERS TELEPHONE: 1-888-679-6377
Maine Assignment of Mortgage (To MERS from a Non-MERS Servicer/Investor)
JPMorgan Chase Bank N.A. Project W3166     Page 3 of 3     L28102ME 01/12 Rev. 03/15