Recording Requested By:
Select Portfolio Servicing, Inc.

Recorded: 4/8/2019   02:05:06 PM
Cherri L Crockett Register of Deeds
Oxford West County

When Recorded Mail To:
Bill Koch
Select Portfolio Servicing, Inc.
3217 S. DECKER LAKE DRIVE
SALT LAKE CITY, UT 84119

When recorded return to:
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO 65737

SPS/SAR

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/OXFORD (WEST)

MERS Phone #: (888) 679-6377

Assignment Prepared on: February 13, 2019

**Assignor:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR JPMORGAN CHASE BANK, N.A., ITS SUCCESSORS AND ASSIGNS, at P.O. Box 2026, Flint, MI, 48501-2026

**Assignee:** TOWD POINT MORTGAGE TRUST 2015-5, U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 12/16/2005, in the amount of $130,000.00, executed by CHARLES FLAYHAN, II AND SUE OBRIEN, BOTH UNMARRIED to AMERIQUEST MORTGAGE COMPANY and Recorded: 3/15/2006, Instrument #: 035398, Book: 510, Page: 890 in OXFORD (WEST) County, State of MAINE.

Property Address: 867 KNIGHT'S HILL ROAD, SWEDEN, ME, 04040

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

On: FEB 25 2019
By: [signature]
Name: JORGE PINERO
Title: ASSISTANT SECRETARY

[SEAL: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. CORPORATE SEAL 1999 DELAWARE]

State of UTAH
County of SALT LAKE

On FEB 25 2019, before me, Malissa Wilkins, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Jorge Pinero, Assistant Secretary, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

[signature]
Malissa Wilkins
Notary Expires: APR 25 2020   / #: 688745

MALISSA WILKINS
Notary Public State of Utah
Comm. Exp.: Apr. 25, 2020
Comm. Number: 688745

ME/OXFORD (WEST)

EXHIBIT G