AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| Towd Point Mortgage Trust 2015-5, U.S. Bank National Association as Indenture Trustee <br><br> *Plaintiff(s)* <br> v. <br> Charles Flayhan II and Sue Obrien <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:23-cv-00341-JDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sue Obrien
867 Knight's Hill Road
Sweden, ME 04040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reneau J. Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225 D
Beverly, MA 01915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/11/2023

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00341-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **SUE O'BRIEN**
was received by me on *(date)* **10-20-23**

☒ I personally served the summons on the individual at *(place)* **867 KNIGHTS Hill RD SWEDEN MAINE** on *(date)* **10-23-23**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10-23-23**

*Server's signature* (signed)

**MICHAEL D'PERRI / PROCESS SERVER**
*Printed name and title*

*Server's address*

[Stamp: KEVIN J. SURETTE, WE SERVE MAINE, P.O. BOX 57, LITCHFIELD, MAINE 04350]

Additional information regarding attempted service, etc:
SUE O'BRIEN VERBALLY CONFIRMED her ID but would NOT OPEN OUTER DOOR (SAFETY REASONS MAYBE?) SHE ASKED I LEAVE AT FRONT DOOR. DOCUMENTS LEFT AS REQUESTED

Print   Save As...   Reset