



**Financial Breakdown Statement**
Data date:07/05/2024 05:51:27AM
Loan Number:

# Financial Breakdown Summary

| Borrower / Loan Information | | | | | |
|---|---|---|---|---|---|
| Loan Number: | | Loan Status: | FC | Interest Type: | VAR |
| Borrower: | OBRIEN, SUE | Due Date: | 07/01/2019 | Modified Date: | 09/17/2014 |
| Co-Borrower: | FLAYHAN II, CHARLES | MI Coverage: | No | Restricted Escrow | $0.00 |
| Address: | 867 KNIGHT'S HILL ROAD | Acquisition Date: | 10/01/2015 | BK Case #: | |
| City: | SWEDEN | Maturity Date: | 06/01/2039 | BK Chapter: | |
| State: | ME | Stop Adv date: | MM/DD/YYYY | BK Filing Date: | |
| County: | Cumberland | Last Payment Date: | 10/09/2019 | Prepared Date: | 07/05/2024 |

| Financial Information | | | |
|---|---|---|---|
| **Unpaid Principal Balance** | | | $116,108.26 |
| | Principal Balance | $114,310.84 | |
| | Deferred Balance | $1,797.42 | |
| **Accrued Interest** | | | $19,986.54 |
| | Interest From Date | 06/01/2019 | |
| | Good-thru Date | 08/06/2024 | |
| | Interest Rate | 4.12500% | |
| | Per Diem Rate | $10.26 | |
| **Escrow Advance Balance** | | | $21,925.21 |
| | Taxes | $15,122.31 | |
| | Insurance | $6,802.90 | |
| | Escrow Refund/Disbursement | $0.00 | |
| | Mortgage Insurance | $0.00 | |
| MIP / PMI | | | $0.00 |
| **Advance Balance** | | | $1,172.92 |
| | Valuations | $798.01 | |
| | Preservation | $0.00 | |
| | Inspections | $374.91 | |
| | Postage | $0.00 | |
| | Misc. | $0.00 | |
| Late Charges | | | $533.17 |
| NSF Fees | | | $0.00 |
| Fax Fees | | | $0.00 |
| Payoff Fees | | | $0.00 |
| Interest on Advance | | | $17.32 |
| Misc. | | | $0.00 |
| Unapplied Funds | | | ($490.06) |
| **Total without Attorney fees** | | | $159,253.36 |
| **Advance Balance - Excluded** | | | $4,913.32 |
| | FC Fees | $3,921.77 | |
| | FC Costs | $991.55 | |
| | BK Fees | $0.00 | |
| | BK Costs | $0.00 | |
| **Total with Attorney fees** | | | $164,166.68 |

| Foreclosure Name |
|---|
| Towd Point Mortgage Trust 2015-5, U.S. Bank National Association as Indenture Trustee |



# Financial Breakdown Details

| Transaction Date | Transaction Description | Late Charges | Late Charges Balance | NSF Charges | NSF Charges Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow / Advance Activity | Escrow / Advance Balance | Other Fees | Other Fees Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2015 | | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 10/14/2015 | Prior Servicer-PROP VALUATION | | $0.00 | | $0.00 | $77.01 | $77.01 | | $0.00 | | $0.00 |
| 06/01/2016 | BORROWER FUNDS | | $0.00 | | $0.00 | ($8.23) | $68.78 | | $0.00 | | $0.00 |
| 04/17/2017 | Late Charge | $29.95 | $29.95 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 05/16/2017 | Late Charge | $29.95 | $59.90 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 06/16/2017 | Late Charge | $29.95 | $89.85 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 07/17/2017 | Late Charge | $29.95 | $119.80 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 08/16/2017 | Late Charge | $29.95 | $149.75 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 09/18/2017 | Late Charge | $29.95 | $179.70 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 10/16/2017 | Late Charge | $29.95 | $209.65 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 11/16/2017 | Late Charge | $29.95 | $239.60 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 11/30/2017 | Late Charge | ($5.83) | $233.77 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 12/01/2017 | Late Charge | ($20.00) | $213.77 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 12/18/2017 | Late Charge | $29.95 | $243.72 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 01/16/2018 | Late Charge | $29.95 | $273.67 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 01/31/2018 | Late Charge | ($20.00) | $253.67 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 02/01/2018 | Late Charge | ($20.00) | $233.67 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 02/16/2018 | Late Charge | $29.95 | $263.62 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 03/16/2018 | Late Charge | $29.95 | $293.57 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 04/16/2018 | Late Charge | $29.95 | $323.52 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 05/16/2018 | Late Charge | $29.95 | $353.47 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 06/18/2018 | Late Charge | $29.95 | $383.42 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 07/16/2018 | Late Charge | $29.95 | $413.37 | | $0.00 | | $68.78 | | $0.00 | | $0.00 |
| 07/26/2018 | PROP INSPECTION | | $413.37 | | $0.00 | $15.00 | $83.78 | | $0.00 | | $0.00 |
| 08/08/2018 | PROP VALUATION | | $413.37 | | $0.00 | $165.00 | $248.78 | | $0.00 | | $0.00 |
| 08/13/2018 | Interest on Advances | | $413.37 | | $0.00 | | $248.78 | | $0.00 | $0.06 | $0.06 |
| 08/16/2018 | Late Charge | $29.95 | $443.32 | | $0.00 | | $248.78 | | $0.00 | | $0.06 |
| 08/21/2018 | City Tax | | $443.32 | | $0.00 | | $248.78 | $715.94 | $715.94 | | $0.06 |
| 08/23/2018 | Late Charge | ($29.95) | $413.37 | | $0.00 | | $248.78 | | $715.94 | | $0.06 |
| 09/11/2018 | Interest on Advances | | $413.37 | | $0.00 | | $248.78 | | $715.94 | $0.39 | $0.45 |
| 09/17/2018 | Late Charge | $29.95 | $443.32 | | $0.00 | | $248.78 | | $715.94 | | $0.45 |
| 09/28/2018 | Interest on Escrow Credit | | $443.32 | | $0.00 | | $248.78 | ($2.61) | $713.33 | | $0.45 |
| 10/02/2018 | Escrow Advance Recovery | | $443.32 | | $0.00 | | $248.78 | ($301.01) | $412.32 | | $0.45 |
| 10/03/2018 | Escrow Advance Recovery | | $443.32 | | $0.00 | | $248.78 | ($0.96) | $411.36 | | $0.45 |
| 10/11/2018 | Interest on Advances | | $443.32 | | $0.00 | | $248.78 | | $411.36 | $0.29 | $0.74 |
| 11/08/2018 | Homeowners/Fire Insurance | | $443.32 | | $0.00 | | $248.78 | $336.75 | $748.11 | | $0.74 |
| 11/16/2018 | Escrow Advance Recovery | | $443.32 | | $0.00 | | $248.78 | ($301.01) | $447.10 | | $0.74 |
| 11/19/2018 | Escrow Advance Recovery | | $443.32 | | $0.00 | | $248.78 | ($0.96) | $446.14 | | $0.74 |
| 12/06/2018 | Homeowners/Fire Insurance | | $443.32 | | $0.00 | | $248.78 | $112.25 | $558.39 | | $0.74 |
| 01/07/2019 | Homeowners/Fire | | $443.32 | | $0.00 | | $248.78 | $112.25 | $670.64 | | $0.74 |

| Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Insurance | | | | | | | | |
| 01/11/2019 | Interest on Advances | | $443.32 | $0.00 | | $248.78 | | $670.64 | $0.05 | $0.79 |
| 01/11/2019 | PROP INSPECTION | | $443.32 | $0.00 | $15.00 | $263.78 | | $670.64 | | $0.79 |
| 01/15/2019 | Escrow Advance Recovery | | $443.32 | $0.00 | | $263.78 | ($100.86) | $569.78 | | $0.79 |
| 02/06/2019 | Homeowners/Fire Insurance | | $443.32 | $0.00 | | $263.78 | $112.25 | $682.03 | | $0.79 |
| 02/11/2019 | Interest on Advances | | $443.32 | $0.00 | | $263.78 | | $682.03 | $0.44 | $1.23 |
| 02/19/2019 | Escrow Advance Recovery | | $443.32 | $0.00 | | $263.78 | ($295.84) | $386.19 | | $1.23 |
| 03/06/2019 | Homeowners/Fire Insurance | | $443.32 | $0.00 | | $263.78 | $112.25 | $498.44 | | $1.23 |
| 03/11/2019 | Interest on Advances | | $443.32 | $0.00 | | $263.78 | | $498.44 | $0.40 | $1.63 |
| 04/01/2019 | Escrow Advance Recovery | | $443.32 | $0.00 | | $263.78 | ($249.22) | $249.22 | | $1.63 |
| 04/10/2019 | Homeowners/Fire Insurance | | $443.32 | $0.00 | | $263.78 | $112.25 | $361.47 | | $1.63 |
| 04/11/2019 | Interest on Advances | | $443.32 | $0.00 | | $263.78 | | $361.47 | $0.44 | $2.07 |
| 04/16/2019 | Late Charge | $29.95 | $473.27 | $0.00 | | $263.78 | | $361.47 | | $2.07 |
| 05/06/2019 | Homeowners/Fire Insurance | | $473.27 | $0.00 | | $263.78 | $112.25 | $473.72 | | $2.07 |
| 05/13/2019 | Interest on Advances | | $473.27 | $0.00 | | $263.78 | | $473.72 | $0.46 | $2.53 |
| 05/16/2019 | Late Charge | $29.95 | $503.22 | $0.00 | | $263.78 | | $473.72 | | $2.53 |
| 06/07/2019 | Homeowners/Fire Insurance | | $503.22 | $0.00 | | $263.78 | $112.25 | $585.97 | | $2.53 |
| 06/11/2019 | Interest on Advances | | $503.22 | $0.00 | | $263.78 | | $585.97 | $0.41 | $2.94 |
| 06/12/2019 | PROP VALUATION | | $503.22 | $0.00 | $165.00 | $428.78 | | $585.97 | | $2.94 |
| 06/17/2019 | Late Charge | $29.95 | $533.17 | $0.00 | | $428.78 | | $585.97 | | $2.94 |
| 06/24/2019 | PROP INSPECTION | | $533.17 | $0.00 | $15.00 | $443.78 | | $585.97 | | $2.94 |
| 07/01/2019 | Interest on Escrow Credit | | $533.17 | $0.00 | | $443.78 | ($0.01) | $585.96 | | $2.94 |
| 07/09/2019 | Homeowners/Fire Insurance | | $533.17 | $0.00 | | $443.78 | $112.25 | $698.21 | | $2.94 |
| 07/11/2019 | Interest on Advances | | $533.17 | $0.00 | | $443.78 | | $698.21 | $0.70 | $3.64 |
| 08/07/2019 | Homeowners/Fire Insurance | | $533.17 | $0.00 | | $443.78 | $112.25 | $810.46 | | $3.64 |
| 08/12/2019 | Interest on Advances | | $533.17 | $0.00 | | $443.78 | | $810.46 | $0.77 | $4.41 |
| 08/14/2019 | Escrow Advance Recovery | | $533.17 | $0.00 | | $443.78 | ($295.84) | $514.62 | | $4.41 |
| 08/19/2019 | City Tax | | $533.17 | $0.00 | | $443.78 | $2,861.06 | $3,375.68 | | $4.41 |
| 09/11/2019 | Interest on Advances | | $533.17 | $0.00 | | $443.78 | | $3,375.68 | $0.72 | $5.13 |
| 09/12/2019 | Homeowners/Fire Insurance | | $533.17 | $0.00 | | $443.78 | $113.75 | $3,489.43 | | $5.13 |
| 09/20/2019 | Escrow Advance Recovery | | $533.17 | $0.00 | | $443.78 | ($295.84) | $3,193.59 | | $5.13 |
| 09/20/2019 | PROP INSPECTION | | $533.17 | $0.00 | $15.00 | $458.78 | | $3,193.59 | | $5.13 |
| 09/23/2019 | PROP INSPECTION | | $533.17 | $0.00 | ($15.00) | $443.78 | | $3,193.59 | | $5.13 |
| 10/08/2019 | Homeowners/Fire | | $533.17 | $0.00 | | $443.78 | $113.75 | $3,307.34 | | $5.13 |

| Date | Description | | Amount | | Amount | | Balance | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | Insurance | | | | | | | | |
| 10/09/2019 | Escrow Advance Recovery | | $533.17 | | $0.00 | | $443.78 | ($295.84) | $3,011.50 | | $5.13 |
| 10/11/2019 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,011.50 | $0.73 | $5.86 |
| 11/07/2019 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $3,125.25 | | $5.86 |
| 11/11/2019 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,125.25 | $0.75 | $6.61 |
| 11/14/2019 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $3,125.25 | | $6.61 |
| 11/15/2019 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $3,125.25 | | $6.61 |
| 12/09/2019 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $3,239.00 | | $6.61 |
| 12/11/2019 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,239.00 | $0.73 | $7.34 |
| 12/17/2019 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $3,239.00 | | $7.34 |
| 12/18/2019 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $3,239.00 | | $7.34 |
| 12/19/2019 | PROP VALUATION | | $533.17 | | $0.00 | $165.00 | $608.78 | | $3,239.00 | | $7.34 |
| 12/20/2019 | PROP VALUATION | | $533.17 | | $0.00 | ($165.00) | $443.78 | | $3,239.00 | | $7.34 |
| 01/07/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $3,352.75 | | $7.34 |
| 01/13/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,352.75 | $0.81 | $8.15 |
| 01/21/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $3,352.75 | | $8.15 |
| 01/22/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $3,352.75 | | $8.15 |
| 02/07/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $3,466.50 | | $8.15 |
| 02/11/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,466.50 | $0.70 | $8.85 |
| 02/24/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $3,466.50 | | $8.85 |
| 02/25/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $3,466.50 | | $8.85 |
| 03/09/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $3,580.25 | | $8.85 |
| 03/11/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,580.25 | $0.70 | $9.55 |
| 03/30/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $3,580.25 | | $9.55 |
| 03/31/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $3,580.25 | | $9.55 |
| 04/07/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $3,694.00 | | $9.55 |
| 04/13/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,694.00 | $0.80 | $10.35 |
| 05/04/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $3,694.00 | | $10.35 |
| 05/05/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $3,694.00 | | $10.35 |
| 05/07/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $3,807.75 | | $10.35 |
| 05/11/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,807.75 | $0.68 | $11.03 |
| 06/05/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $3,807.75 | | $11.03 |
| 06/08/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $3,807.75 | | $11.03 |
| 06/09/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $3,921.50 | | $11.03 |
| 06/11/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $3,921.50 | $0.75 | $11.78 |



**Financial Breakdown Statement**
Data date:07/05/2024 05:51:27AM
Loan Number:

| Date | Description | | Col4 | | Col6 | | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/2020 | PROP VALUATION | | $533.17 | | $0.00 | $140.00 | $583.78 | | $3,921.50 | | $11.78 |
| 06/26/2020 | PROP VALUATION | | $533.17 | | $0.00 | ($140.00) | $443.78 | | $3,921.50 | | $11.78 |
| 07/07/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $4,035.25 | | $11.78 |
| 07/13/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $4,035.25 | $0.78 | $12.56 |
| 07/22/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $4,035.25 | | $12.56 |
| 07/23/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $4,035.25 | | $12.56 |
| 08/10/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $113.75 | $4,149.00 | | $12.56 |
| 08/11/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $4,149.00 | $0.70 | $13.26 |
| 08/24/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $4,149.00 | | $13.26 |
| 08/25/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $4,149.00 | | $13.26 |
| 09/11/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $111.25 | $4,260.25 | | $13.26 |
| 09/11/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $4,260.25 | $0.75 | $14.01 |
| 10/01/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $4,260.25 | | $14.01 |
| 10/02/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $4,260.25 | | $14.01 |
| 10/08/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $111.25 | $4,371.50 | | $14.01 |
| 10/12/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $4,371.50 | $0.75 | $14.76 |
| 10/27/2020 | City Tax | | $533.17 | | $0.00 | | $443.78 | $3,008.32 | $7,379.82 | | $14.76 |
| 11/05/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $15.00 | $458.78 | | $7,379.82 | | $14.76 |
| 11/06/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($15.00) | $443.78 | | $7,379.82 | | $14.76 |
| 11/10/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $111.25 | $7,491.07 | | $14.76 |
| 11/11/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $7,491.07 | $0.73 | $15.49 |
| 12/09/2020 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $111.25 | $7,602.32 | | $15.49 |
| 12/11/2020 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $7,602.32 | $0.72 | $16.21 |
| 12/17/2020 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $461.78 | | $7,602.32 | | $16.21 |
| 12/18/2020 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $443.78 | | $7,602.32 | | $16.21 |
| 12/31/2020 | PROP VALUATION | | $533.17 | | $0.00 | $135.00 | $578.78 | | $7,602.32 | | $16.21 |
| 01/04/2021 | PROP VALUATION | | $533.17 | | $0.00 | ($135.00) | $443.78 | | $7,602.32 | | $16.21 |
| 01/08/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $443.78 | $111.25 | $7,713.57 | | $16.21 |
| 01/11/2021 | Interest on Advances | | $533.17 | | $0.00 | | $443.78 | | $7,713.57 | $0.78 | $16.99 |
| 01/14/2021 | FC COSTS | | $533.17 | | $0.00 | $250.00 | $693.78 | | $7,713.57 | | $16.99 |
| 01/22/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $711.78 | | $7,713.57 | | $16.99 |
| 01/25/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $693.78 | | $7,713.57 | | $16.99 |
| 01/29/2021 | FC ATTY FEES | | $533.17 | | $0.00 | $790.00 | $1,483.78 | | $7,713.57 | | $16.99 |
| 01/29/2021 | FC COSTS | | $533.17 | | $0.00 | $75.00 | $1,558.78 | | $7,713.57 | | $16.99 |
| 02/05/2021 | FC COSTS | | $533.17 | | $0.00 | ($250.00) | $1,308.78 | | $7,713.57 | | $16.99 |
| 02/10/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,308.78 | $111.25 | $7,824.82 | | $16.99 |
| 02/11/2021 | Interest on | | $533.17 | | $0.00 | | $1,308.78 | | $7,824.82 | $0.33 | $17.32 |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Advances | | | | | | | | |
| 02/26/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $1,326.78 | | $7,824.82 | | $17.32 |
| 03/01/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $1,308.78 | | $7,824.82 | | $17.32 |
| 03/10/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,308.78 | $111.25 | $7,936.07 | | $17.32 |
| 03/24/2021 | FC ATTY FEES | | $533.17 | | $0.00 | $400.00 | $1,708.78 | | $7,936.07 | | $17.32 |
| 04/01/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $1,726.78 | | $7,936.07 | | $17.32 |
| 04/02/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $1,708.78 | | $7,936.07 | | $17.32 |
| 04/08/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $111.25 | $8,047.32 | | $17.32 |
| 05/10/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $111.25 | $8,158.57 | | $17.32 |
| 05/10/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $1,726.78 | | $8,158.57 | | $17.32 |
| 05/11/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $1,708.78 | | $8,158.57 | | $17.32 |
| 06/09/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $111.25 | $8,269.82 | | $17.32 |
| 06/21/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $1,726.78 | | $8,269.82 | | $17.32 |
| 06/22/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $1,708.78 | | $8,269.82 | | $17.32 |
| 07/08/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $111.25 | $8,381.07 | | $17.32 |
| 07/12/2021 | PROP VALUATION | | $533.17 | | $0.00 | $118.00 | $1,826.78 | | $8,381.07 | | $17.32 |
| 07/13/2021 | PROP VALUATION | | $533.17 | | $0.00 | ($118.00) | $1,708.78 | | $8,381.07 | | $17.32 |
| 07/22/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $1,726.78 | | $8,381.07 | | $17.32 |
| 07/23/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $1,708.78 | | $8,381.07 | | $17.32 |
| 08/10/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $111.25 | $8,492.32 | | $17.32 |
| 08/24/2021 | City Tax | | $533.17 | | $0.00 | | $1,708.78 | $2,903.13 | $11,395.45 | | $17.32 |
| 09/03/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $1,726.78 | | $11,395.45 | | $17.32 |
| 09/07/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $1,708.78 | | $11,395.45 | | $17.32 |
| 09/15/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $113.17 | $11,508.62 | | $17.32 |
| 10/08/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $113.17 | $11,621.79 | | $17.32 |
| 11/05/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $1,726.78 | | $11,621.79 | | $17.32 |
| 11/08/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $1,708.78 | | $11,621.79 | | $17.32 |
| 11/10/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $113.17 | $11,734.96 | | $17.32 |
| 12/08/2021 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $113.17 | $11,848.13 | | $17.32 |
| 12/17/2021 | PROP INSPECTION | | $533.17 | | $0.00 | $18.00 | $1,726.78 | | $11,848.13 | | $17.32 |
| 12/20/2021 | PROP INSPECTION | | $533.17 | | $0.00 | ($18.00) | $1,708.78 | | $11,848.13 | | $17.32 |
| 01/10/2022 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,708.78 | $113.17 | $11,961.30 | | $17.32 |
| 01/31/2022 | PROP VALUATION | | $533.17 | | $0.00 | $115.00 | $1,823.78 | | $11,961.30 | | $17.32 |
| 02/01/2022 | PROP VALUATION | | $533.17 | | $0.00 | ($115.00) | $1,708.78 | | $11,961.30 | | $17.32 |
| 02/09/2022 | Homeowner | | $533.17 | | $0.00 | | $1,708.78 | $113.17 | $12,074.47 | | $17.32 |

| Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | s/Fire Insurance | | | | | | | |
| 02/22/2022 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $1,728.77 | | $12,074.47 | $17.32 |
| 02/23/2022 | PROP INSPECTION | $533.17 | $0.00 | ($19.99) | $1,708.78 | | $12,074.47 | $17.32 |
| 03/09/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $113.17 | $12,187.64 | $17.32 |
| 04/01/2022 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $1,728.77 | | $12,187.64 | $17.32 |
| 04/04/2022 | PROP INSPECTION | $533.17 | $0.00 | ($19.99) | $1,708.78 | | $12,187.64 | $17.32 |
| 04/08/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $113.17 | $12,300.81 | $17.32 |
| 05/10/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $113.17 | $12,413.98 | $17.32 |
| 05/23/2022 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $1,728.77 | | $12,413.98 | $17.32 |
| 05/24/2022 | PROP INSPECTION | $533.17 | $0.00 | ($19.99) | $1,708.78 | | $12,413.98 | $17.32 |
| 06/08/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $113.17 | $12,527.15 | $17.32 |
| 06/30/2022 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $1,728.77 | | $12,527.15 | $17.32 |
| 07/01/2022 | PROP INSPECTION | $533.17 | $0.00 | ($19.99) | $1,708.78 | | $12,527.15 | $17.32 |
| 07/08/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $113.17 | $12,640.32 | $17.32 |
| 08/08/2022 | PROP VALUATION | $533.17 | $0.00 | $290.00 | $1,998.78 | | $12,640.32 | $17.32 |
| 08/08/2022 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $2,018.77 | | $12,640.32 | $17.32 |
| 08/09/2022 | PROP VALUATION | $533.17 | $0.00 | ($290.00) | $1,728.77 | | $12,640.32 | $17.32 |
| 08/09/2022 | PROP INSPECTION | $533.17 | $0.00 | ($19.99) | $1,708.78 | | $12,640.32 | $17.32 |
| 08/10/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $113.13 | $12,753.45 | $17.32 |
| 09/13/2022 | City Tax | $533.17 | $0.00 | | $1,708.78 | $3,134.54 | $15,887.99 | $17.32 |
| 09/14/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $124.09 | $16,012.08 | $17.32 |
| 09/19/2022 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $1,728.77 | | $16,012.08 | $17.32 |
| 09/20/2022 | PROP INSPECTION | $533.17 | $0.00 | ($19.99) | $1,708.78 | | $16,012.08 | $17.32 |
| 10/10/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $124.09 | $16,136.17 | $17.32 |
| 10/28/2022 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $1,728.77 | | $16,136.17 | $17.32 |
| 10/31/2022 | PROP INSPECTION | $533.17 | $0.00 | ($19.99) | $1,708.78 | | $16,136.17 | $17.32 |
| 11/09/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $124.09 | $16,260.26 | $17.32 |
| 12/02/2022 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $1,728.77 | | $16,260.26 | $17.32 |
| 12/05/2022 | PROP INSPECTION | $533.17 | $0.00 | ($19.99) | $1,708.78 | | $16,260.26 | $17.32 |
| 12/08/2022 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $124.09 | $16,384.35 | $17.32 |
| 01/10/2023 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,708.78 | $124.09 | $16,508.44 | $17.32 |
| 01/13/2023 | PROP INSPECTION | $533.17 | $0.00 | $19.99 | $1,728.77 | | $16,508.44 | $17.32 |
| 02/08/2023 | Homeowners/Fire Insurance | $533.17 | $0.00 | | $1,728.77 | $124.09 | $16,632.53 | $17.32 |
| 02/16/2023 | PROP VALUATION | $533.17 | $0.00 | $165.00 | $1,893.77 | | $16,632.53 | $17.32 |

| Date | Description | | Amount | | Amount | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2023 | PROP INSPECTION | | $533.17 | | $0.00 | $19.99 | $1,913.76 | | $16,632.53 | | $17.32 |
| 03/08/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,913.76 | $124.09 | $16,756.62 | | $17.32 |
| 04/05/2023 | PROP INSPECTION | | $533.17 | | $0.00 | $19.99 | $1,933.75 | | $16,756.62 | | $17.32 |
| 04/10/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,933.75 | $124.09 | $16,880.71 | | $17.32 |
| 05/10/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,933.75 | $124.09 | $17,004.80 | | $17.32 |
| 05/22/2023 | PROP INSPECTION | | $533.17 | | $0.00 | $19.99 | $1,953.74 | | $17,004.80 | | $17.32 |
| 06/08/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $1,953.74 | $124.09 | $17,128.89 | | $17.32 |
| 06/26/2023 | PROP INSPECTION | | $533.17 | | $0.00 | $19.99 | $1,973.73 | | $17,128.89 | | $17.32 |
| 07/05/2023 | FC COSTS | | $533.17 | | $0.00 | $55.15 | $2,028.88 | | $17,128.89 | | $17.32 |
| 07/10/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $2,028.88 | $124.09 | $17,252.98 | | $17.32 |
| 08/09/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $2,028.88 | $124.01 | $17,376.99 | | $17.32 |
| 08/16/2023 | PROP INSPECTION | | $533.17 | | $0.00 | $19.99 | $2,048.87 | | $17,376.99 | | $17.32 |
| 09/06/2023 | PROP VALUATION | | $533.17 | | $0.00 | $108.00 | $2,156.87 | | $17,376.99 | | $17.32 |
| 09/07/2023 | City Tax | | $533.17 | | $0.00 | | $2,156.87 | $3,292.32 | $20,669.31 | | $17.32 |
| 09/13/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $2,156.87 | $125.59 | $20,794.90 | | $17.32 |
| 09/18/2023 | PROP INSPECTION | | $533.17 | | $0.00 | $19.99 | $2,176.86 | | $20,794.90 | | $17.32 |
| 10/05/2023 | FC ATTY FEES | | $533.17 | | $0.00 | $930.00 | $3,106.86 | | $20,794.90 | | $17.32 |
| 10/05/2023 | FC COSTS | | $533.17 | | $0.00 | $452.75 | $3,559.61 | | $20,794.90 | | $17.32 |
| 10/10/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $3,559.61 | $125.59 | $20,920.49 | | $17.32 |
| 10/23/2023 | PROP INSPECTION | | $533.17 | | $0.00 | $19.99 | $3,579.60 | | $20,920.49 | | $17.32 |
| 10/26/2023 | FC ATTY FEES | | $533.17 | | $0.00 | $860.00 | $4,439.60 | | $20,920.49 | | $17.32 |
| 10/26/2023 | FC COSTS | | $533.17 | | $0.00 | $231.30 | $4,670.90 | | $20,920.49 | | $17.32 |
| 11/08/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $4,670.90 | $125.59 | $21,046.08 | | $17.32 |
| 11/30/2023 | PROP INSPECTION | | $533.17 | | $0.00 | $19.99 | $4,690.89 | | $21,046.08 | | $17.32 |
| 12/08/2023 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $4,690.89 | $125.59 | $21,171.67 | | $17.32 |
| 01/10/2024 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $4,690.89 | $125.59 | $21,297.26 | | $17.32 |
| 01/22/2024 | PROP INSPECTION | | $533.17 | | $0.00 | $30.00 | $4,720.89 | | $21,297.26 | | $17.32 |
| 02/08/2024 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $4,720.89 | $125.59 | $21,422.85 | | $17.32 |
| 02/26/2024 | PROP INSPECTION | | $533.17 | | $0.00 | $30.00 | $4,750.89 | | $21,422.85 | | $17.32 |
| 02/29/2024 | FC ATTY FEES | | $533.17 | | $0.00 | $425.00 | $5,175.89 | | $21,422.85 | | $17.32 |
| 02/29/2024 | FC COSTS | | $533.17 | | $0.00 | $174.15 | $5,350.04 | | $21,422.85 | | $17.32 |
| 03/08/2024 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $5,350.04 | $125.59 | $21,548.44 | | $17.32 |
| 03/21/2024 | PROP VALUATION | | $533.17 | | $0.00 | $118.00 | $5,468.04 | | $21,548.44 | | $17.32 |
| 04/01/2024 | PROP INSPECTION | | $533.17 | | $0.00 | $40.00 | $5,508.04 | | $21,548.44 | | $17.32 |
| 04/02/2024 | PROP | | $533.17 | | $0.00 | ($10.00) | $5,498.04 | | $21,548.44 | | $17.32 |



| Date | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INSPECTION | | | | | | | | |
| 04/10/2024 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $5,498.04 | $125.59 | $21,674.03 | | $17.32 |
| 04/16/2024 | FC ATTY FEES | | $533.17 | | $0.00 | $100.00 | $5,598.04 | | $21,674.03 | | $17.32 |
| 05/08/2024 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $5,598.04 | $125.59 | $21,799.62 | | $17.32 |
| 05/13/2024 | PROP INSPECTION | | $533.17 | | $0.00 | $30.00 | $5,628.04 | | $21,799.62 | | $17.32 |
| 06/10/2024 | Homeowners/Fire Insurance | | $533.17 | | $0.00 | | $5,628.04 | $125.59 | $21,925.21 | | $17.32 |
| 06/14/2024 | PROP INSPECTION | | $533.17 | | $0.00 | $30.00 | $5,658.04 | | $21,925.21 | | $17.32 |
| 07/02/2024 | FC ATTY FEES | | $533.17 | | $0.00 | $425.00 | $6,083.04 | | $21,925.21 | | $17.32 |
| 07/02/2024 | FC COSTS | | $533.17 | | $0.00 | $3.20 | $6,086.24 | | $21,925.21 | | $17.32 |
| 07/05/2024 | | | $533.17 | | $0.00 | | $6,086.24 | | $21,925.21 | | $17.32 |



Financial Breakdown Statement
Data date:07/05/2024 05:51:27AM
Loan Number

## Payment History

| Transaction Date | Transaction Description | Due Date | Payment | Principal | Interest | Escrow | Fee / Advance code | Fee / Advance | Fee / Advance Description | Unapplied | Restricted Escrow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/2015 | New Loan Setup | 10/01/2015 | $0.00 | ($134,914.10) | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 10/07/2015 | Pre-distributed Interest, Escrow, Payment | 10/01/2015 | ($127.91) | $0.00 | $0.00 | ($127.91) | | $0.00 | | $0.00 | $0.00 |
| 10/31/2015 | Modified Payment | 10/01/2015 | $862.67 | $374.28 | $224.86 | $263.53 | | $0.00 | | $0.00 | $0.00 |
| 12/01/2015 | Modified Payment | 11/01/2015 | $862.67 | $374.91 | $224.23 | $263.53 | | $0.00 | | $0.00 | $0.00 |
| 12/29/2015 | Modified Payment | 12/01/2015 | $862.67 | $375.53 | $223.61 | $263.53 | | $0.00 | | $0.00 | $0.00 |
| 12/29/2015 | Custom Payment | 01/01/2016 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 01/15/2016 | Modified Payment | 01/01/2016 | $886.82 | $376.16 | $222.98 | $287.68 | | $0.00 | | $0.00 | $0.00 |
| 01/15/2016 | Custom Payment | 02/01/2016 | $11.25 | $0.00 | $0.00 | $0.00 | F | $11.25 | EZ Pay | $0.00 | $0.00 |
| 02/17/2016 | Modified Payment | 02/01/2016 | $886.82 | $376.78 | $222.36 | $287.68 | | $0.00 | | $0.00 | $0.00 |
| 02/17/2016 | Custom Payment | 03/01/2016 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 03/31/2016 | Modified Payment | 03/01/2016 | $886.82 | $377.41 | $221.73 | $287.68 | | $0.00 | | $0.00 | $0.00 |
| 03/31/2016 | Custom Payment | 04/01/2016 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 04/30/2016 | Modified Payment | 04/01/2016 | $886.82 | $378.04 | $221.10 | $287.68 | | $0.00 | | $0.00 | $0.00 |
| 04/30/2016 | Modified Payment | 05/01/2016 | $29.95 | $0.00 | $0.00 | $0.00 | | $0.00 | | $29.95 | $0.00 |
| 04/30/2016 | Custom Payment | 05/01/2016 | $5.00 | $0.00 | $0.00 | $0.00 | F | $5.00 | EZ Pay | $0.00 | $0.00 |
| 05/31/2016 | Modified Payment | 05/01/2016 | $925.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $925.00 | $0.00 |
| 05/31/2016 | Modified Payment | 05/01/2016 | ($954.95) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($954.95) | $0.00 |
| 05/31/2016 | Modified Payment | 05/01/2016 | $886.82 | $378.67 | $220.47 | $287.68 | | $0.00 | | $0.00 | $0.00 |
| 05/31/2016 | Modified Payment | 06/01/2016 | $68.13 | $0.00 | $0.00 | $0.00 | | $0.00 | | $68.13 | $0.00 |
| 05/31/2016 | Custom Payment | 06/01/2016 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 06/01/2016 | Pre-distributed Interest, Escrow, Payment | 06/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | * | $8.23 | PMT Shortage Advance | ($8.23) | $0.00 |
| 06/01/2016 | Pre-distributed Interest, Escrow, Payment | 06/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | 1 | $29.95 | Late Charge | ($29.95) | $0.00 |
| 06/23/2016 | Curtailment | 06/01/2016 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 06/30/2016 | Modified Payment | 06/01/2016 | $900.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $900.00 | $0.00 |
| 06/30/2016 | Modified Payment | 06/01/2016 | ($929.95) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($929.95) | $0.00 |
| 06/30/2016 | Modified Payment | 06/01/2016 | $886.82 | $380.97 | $218.17 | $287.68 | | $0.00 | | $0.00 | $0.00 |
| 06/30/2016 | Modified Payment | 07/01/2016 | $43.13 | $0.00 | $0.00 | $0.00 | | $0.00 | | $43.13 | $0.00 |
| 06/30/2016 | Custom Payment | 07/01/2016 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 07/01/2016 | Pre-distributed Interest, Escrow, Payment | 07/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | 1 | $43.13 | Late Charge | ($43.13) | $0.00 |
| 07/27/2016 | Modified Payment | 07/01/2016 | $886.82 | $381.60 | $217.54 | $287.68 | | $0.00 | | $0.00 | $0.00 |
| 08/31/2016 | Modified Payment | 08/01/2016 | $886.82 | $382.24 | $216.90 | $287.68 | | $0.00 | | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2016 | Custom Payment | 09/01/2016 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 09/30/2016 | Modified Payment | 09/01/2016 | $886.82 | $382.88 | $216.26 | $287.68 | | $0.00 | | $0.00 | $0.00 |
| 09/30/2016 | Custom Payment | 10/01/2016 | $7.50 | $0.00 | $0.00 | $0.00 | F | $7.50 | EZ Pay | $0.00 | $0.00 |
| 10/17/2016 | Modified Payment | 10/01/2016 | $869.97 | $383.52 | $215.62 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 10/17/2016 | Custom Payment | 11/01/2016 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 11/30/2016 | Modified Payment | 11/01/2016 | $869.97 | $384.15 | $214.99 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 11/30/2016 | Modified Payment | 12/01/2016 | $30.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $30.00 | $0.00 |
| 11/30/2016 | Custom Payment | 12/01/2016 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 12/01/2016 | Pre-distributed Interest, Escrow, Payment | 12/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | 1 | $30.00 | Late Charge | ($30.00) | $0.00 |
| 12/30/2016 | Non-Cash Balance Adjustment | 12/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 12/31/2016 | Non-Cash Balance Adjustment | 12/01/2016 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 12/31/2016 | Modified Payment | 12/01/2016 | $869.97 | $384.80 | $214.34 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 12/31/2016 | Modified Payment | 01/01/2017 | $55.03 | $0.00 | $0.00 | $0.00 | | $0.00 | | $55.03 | $0.00 |
| 12/31/2016 | Custom Payment | 01/01/2017 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 01/31/2017 | Modified Payment | 01/01/2017 | $869.97 | $0.00 | $0.00 | $0.00 | | $0.00 | | $869.97 | $0.00 |
| 01/31/2017 | Modified Payment | 01/01/2017 | ($925.00) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($925.00) | $0.00 |
| 01/31/2017 | Modified Payment | 01/01/2017 | $869.97 | $385.44 | $213.70 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 01/31/2017 | Modified Payment | 02/01/2017 | $55.03 | $0.00 | $0.00 | $0.00 | | $0.00 | | $55.03 | $0.00 |
| 01/31/2017 | Custom Payment | 02/01/2017 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 02/28/2017 | Modified Payment | 02/01/2017 | $869.97 | $0.00 | $0.00 | $0.00 | | $0.00 | | $869.97 | $0.00 |
| 02/28/2017 | Modified Payment | 02/01/2017 | ($925.00) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($925.00) | $0.00 |
| 02/28/2017 | Modified Payment | 02/01/2017 | $869.97 | $386.08 | $213.06 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 02/28/2017 | Modified Payment | 03/01/2017 | $55.03 | $0.00 | $0.00 | $0.00 | | $0.00 | | $55.03 | $0.00 |
| 02/28/2017 | Custom Payment | 03/01/2017 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 03/31/2017 | Modified Payment | 03/01/2017 | $869.97 | $0.00 | $0.00 | $0.00 | | $0.00 | | $869.97 | $0.00 |
| 03/31/2017 | Modified Payment | 03/01/2017 | ($925.00) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($925.00) | $0.00 |
| 03/31/2017 | Modified Payment | 03/01/2017 | $869.97 | $386.72 | $212.42 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 03/31/2017 | Modified Payment | 04/01/2017 | $55.03 | $0.00 | $0.00 | $0.00 | | $0.00 | | $55.03 | $0.00 |
| 03/31/2017 | Custom Payment | 04/01/2017 | $5.00 | $0.00 | $0.00 | $0.00 | F | $5.00 | EZ Pay | $0.00 | $0.00 |
| 05/01/2017 | Modified Payment | 04/01/2017 | $869.97 | $387.37 | $211.77 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 05/01/2017 | Custom Payment | 05/01/2017 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 05/31/2017 | Modified Payment | 05/01/2017 | $870.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $870.00 | $0.00 |
| 05/31/2017 | Modified Payment | 05/01/2017 | ($925.03) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($925.03) | $0.00 |
| 05/31/2017 | Modified Payment | 05/01/2017 | $869.97 | $388.01 | $211.13 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 05/31/2017 | Modified Payment | 06/01/2017 | $55.06 | $0.00 | $0.00 | $0.00 | | $0.00 | | $55.06 | $0.00 |
| 06/20/2017 | Curtailment | 06/01/2017 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 06/30/2017 | Modified Payment | 06/01/2017 | $870.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $870.00 | $0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2017 | Modified Payment | 06/01/2017 | ($925.06) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($925.06) | $0.00 |
| 06/30/2017 | Modified Payment | 06/01/2017 | $869.97 | $390.33 | $208.81 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 06/30/2017 | Modified Payment | 07/01/2017 | $55.09 | $0.00 | $0.00 | $0.00 | | $0.00 | | $55.09 | $0.00 |
| 07/31/2017 | Modified Payment | 07/01/2017 | $870.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $870.00 | $0.00 |
| 07/31/2017 | Modified Payment | 07/01/2017 | ($925.09) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($925.09) | $0.00 |
| 07/31/2017 | Modified Payment | 07/01/2017 | $869.97 | $390.98 | $208.16 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 07/31/2017 | Modified Payment | 08/01/2017 | $55.12 | $0.00 | $0.00 | $0.00 | | $0.00 | | $55.12 | $0.00 |
| 08/31/2017 | Modified Payment | 08/01/2017 | $869.97 | $0.00 | $0.00 | $0.00 | | $0.00 | | $869.97 | $0.00 |
| 08/31/2017 | Modified Payment | 08/01/2017 | ($925.09) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($925.09) | $0.00 |
| 08/31/2017 | Modified Payment | 08/01/2017 | $869.97 | $391.63 | $207.51 | $270.83 | | $0.00 | | $0.00 | $0.00 |
| 08/31/2017 | Modified Payment | 09/01/2017 | $55.12 | $0.00 | $0.00 | $0.00 | | $0.00 | | $55.12 | $0.00 |
| 09/30/2017 | Modified Payment | 09/01/2017 | $869.97 | $0.00 | $0.00 | $0.00 | | $0.00 | | $869.97 | $0.00 |
| 09/30/2017 | Modified Payment | 09/01/2017 | ($925.09) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($925.09) | $0.00 |
| 09/30/2017 | Modified Payment | 09/01/2017 | $870.15 | $392.28 | $206.86 | $271.01 | | $0.00 | | $0.00 | $0.00 |
| 09/30/2017 | Modified Payment | 10/01/2017 | $54.94 | $0.00 | $0.00 | $0.00 | | $0.00 | | $54.94 | $0.00 |
| 10/30/2017 | Modified Payment | 10/01/2017 | $869.97 | $0.00 | $0.00 | $0.00 | | $0.00 | | $869.97 | $0.00 |
| 10/30/2017 | Modified Payment | 10/01/2017 | ($924.91) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($924.91) | $0.00 |
| 10/30/2017 | Modified Payment | 10/01/2017 | $870.15 | $392.93 | $206.21 | $271.01 | | $0.00 | | $0.00 | $0.00 |
| 10/30/2017 | Modified Payment | 11/01/2017 | $54.76 | $0.00 | $0.00 | $0.00 | | $0.00 | | $54.76 | $0.00 |
| 11/30/2017 | Modified Payment | 11/01/2017 | $920.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $920.00 | $0.00 |
| 11/30/2017 | Modified Payment | 11/01/2017 | ($974.76) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($974.76) | $0.00 |
| 11/30/2017 | Modified Payment | 11/01/2017 | $905.98 | $393.59 | $205.55 | $301.01 | 1 | $5.83 | Late Charge | $0.00 | $0.00 |
| 11/30/2017 | Modified Payment | 12/01/2017 | $68.78 | $0.00 | $0.00 | $0.00 | | $0.00 | | $68.78 | $0.00 |
| 12/01/2017 | Pre-distributed Interest, Escrow, Payment | 12/01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | 1 | $20.00 | Late Charge | ($20.00) | $0.00 |
| 12/30/2017 | Modified Payment | 12/01/2017 | $920.15 | $0.00 | $0.00 | $0.00 | | $0.00 | | $920.15 | $0.00 |
| 12/30/2017 | Modified Payment | 12/01/2017 | ($968.93) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($968.93) | $0.00 |
| 12/30/2017 | Modified Payment | 12/01/2017 | $900.15 | $394.25 | $204.89 | $301.01 | | $0.00 | | $0.00 | $0.00 |
| 12/30/2017 | Modified Payment | 01/01/2018 | $68.78 | $0.00 | $0.00 | $0.00 | | $0.00 | | $68.78 | $0.00 |
| 01/31/2018 | Modified Payment | 01/01/2018 | $920.15 | $0.00 | $0.00 | $0.00 | | $0.00 | | $920.15 | $0.00 |
| 01/31/2018 | Modified Payment | 01/01/2018 | ($988.93) | $0.00 | $0.00 | $0.00 | | $0.00 | | ($988.93) | $0.00 |
| 01/31/2018 | Modified Payment | 01/01/2018 | $920.15 | $394.90 | $204.24 | $301.01 | 1 | $20.00 | Late Charge | $0.00 | $0.00 |
| 01/31/2018 | Modified Payment | 02/01/2018 | $68.78 | $0.00 | $0.00 | $0.00 | | $0.00 | | $68.78 | $0.00 |
| 02/01/2018 | Pre-distributed Interest, Escrow, Payment | 02/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | 1 | $20.00 | Late Charge | ($20.00) | $0.00 |
| 02/28/2018 | Modified Payment | 02/01/2018 | $851.37 | $395.56 | $203.58 | $301.01 | | $0.00 | | ($48.78) | $0.00 |
| 03/31/2018 | Modified Payment | 03/01/2018 | $599.14 | $396.22 | $202.92 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 04/30/2018 | Modified Payment | 04/01/2018 | $900.15 | $396.88 | $202.26 | $301.01 | | $0.00 | | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2018 | Modified Payment | 05/01/2018 | $900.15 | $397.54 | $201.60 | $301.01 | | $0.00 | | $0.00 | $0.00 |
| 05/31/2018 | Custom Payment | 06/01/2018 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 06/25/2018 | Curtailment | 06/01/2018 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 08/15/2018 | Modified Payment | 06/01/2018 | $900.15 | $399.87 | $199.27 | $301.01 | | $0.00 | | $0.00 | $0.00 |
| 08/15/2018 | Custom Payment | 07/01/2018 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 10/02/2018 | Modified Payment | 07/01/2018 | $1,500.25 | $400.54 | $198.60 | $301.01 | | $0.00 | | $600.10 | $0.00 |
| 10/03/2018 | Short Payment – Escrow Shorted | 08/01/2018 | $0.00 | $401.20 | $197.94 | $0.96 | | $0.00 | | ($600.10) | $0.00 |
| 11/16/2018 | Modified Payment | 09/01/2018 | $1,500.25 | $401.87 | $197.27 | $301.01 | | $0.00 | | $600.10 | $0.00 |
| 11/16/2018 | Custom Payment | 10/01/2018 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 11/19/2018 | Short Payment – Escrow Shorted | 10/01/2018 | $0.00 | $402.54 | $196.60 | $0.96 | | $0.00 | | ($600.10) | $0.00 |
| 01/15/2019 | Modified Payment | 11/01/2018 | $700.00 | $403.21 | $195.93 | $100.86 | | $0.00 | | $0.00 | $0.00 |
| 01/18/2019 | Non-Cash Balance Adjustment | 12/01/2018 | $0.00 | ($1,797.42) | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 01/18/2019 | Non-Cash Balance Adjustment | 12/01/2018 | $0.00 | $1,797.42 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 01/18/2019 | Mis-application Reversal | 12/01/2018 | $0.00 | ($1,797.42) | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 01/18/2019 | Mis-application Reversal | 12/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $1,797.42 | $0.00 |
| 01/18/2019 | Short Payment – Escrow Shorted | 12/01/2018 | $0.00 | $403.89 | $195.25 | $0.00 | | $0.00 | | ($599.14) | $0.00 |
| 01/18/2019 | Custom Payment | 12/01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 01/18/2019 | Short Payment – Escrow Shorted | 01/01/2019 | $0.00 | $404.56 | $194.58 | $0.00 | | $0.00 | | ($599.14) | $0.00 |
| 01/18/2019 | Custom Payment | 01/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 01/18/2019 | Short Payment – Escrow Shorted | 02/01/2019 | $0.00 | $405.23 | $193.91 | $0.00 | | $0.00 | | ($599.14) | $0.00 |
| 01/18/2019 | Custom Payment | 02/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 02/19/2019 | Modified Payment | 03/01/2019 | $894.98 | $405.91 | $193.23 | $295.84 | | $0.00 | | $0.00 | $0.00 |
| 02/19/2019 | Modified Payment | 03/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 04/01/2019 | Modified Payment | 04/01/2019 | $894.98 | $406.59 | $192.55 | $295.84 | | $0.00 | | $0.00 | $0.00 |
| 04/01/2019 | Modified Payment | 04/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 04/05/2019 | Mis-application Reversal | 04/01/2019 | $0.00 | ($406.59) | ($192.55) | ($295.84) | | $0.00 | | $894.98 | $0.00 |
| 04/05/2019 | NSF Reversal | 04/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | ($894.98) | $0.00 |
| 08/14/2019 | Modified Payment | 04/01/2019 | $1,000.00 | $406.59 | $192.55 | $295.84 | | $0.00 | | $105.02 | $0.00 |
| 08/14/2019 | Modified Payment | 04/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 08/14/2019 | Custom Payment | 05/01/2019 | $15.00 | $0.00 | $0.00 | $0.00 | F | $15.00 | EZ Pay | $0.00 | $0.00 |
| 09/20/2019 | Modified Payment | 05/01/2019 | $975.00 | $407.26 | $191.88 | $295.84 | | $0.00 | | $80.02 | $0.00 |
| 09/20/2019 | Modified Payment | 05/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |



**Financial Breakdown Statement**
Data date:07/05/2024 05:51:27AM
Loan Number:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/2019 | Custom Payment | 06/01/2019 | $5.00 | $0.00 | $0.00 | $0.00 | F | $5.00 | EZ Pay | $0.00 | $0.00 |
| 09/26/2019 | Modified Payment | 06/01/2019 | $200.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $200.00 | $0.00 |
| 09/26/2019 | Custom Payment | 06/01/2019 | $5.00 | $0.00 | $0.00 | $0.00 | F | $5.00 | EZ Pay | $0.00 | $0.00 |
| 10/09/2019 | Modified Payment | 06/01/2019 | $1,000.00 | $407.94 | $191.20 | $295.84 | | $0.00 | | $105.02 | $0.00 |
| 10/09/2019 | Modified Payment | 06/01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 10/09/2019 | Custom Payment | 07/01/2019 | $5.00 | $0.00 | $0.00 | $0.00 | F | $5.00 | EZ Pay | $0.00 | $0.00 |



**Financial Breakdown Statement**
Data date:07/05/2024 05:51:27AM
Loan Number:

## Interest Rate table

| Rate | From | To |
| --- | --- | --- |
| 4.12500% | 09/01/2021 | 09/30/2021 |
| 4.00000% | 09/01/2020 | 08/31/2021 |
| 3.00000% | 09/01/2019 | 08/31/2020 |
| 2.00000% | 09/01/2014 | 08/31/2019 |
| 7.40000% | 01/01/2006 | 08/31/2014 |